# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ANN ASHBAUGH, ET AL.**                                                                 **PLAINTIFFS**

**VS.**                                                                      **CAUSE No. 1:07cv1076LTS-RHW**

**UNITED SERVICES AUTOMOBILE**
**ASSOCIATION, ET AL.**                                                                  **DEFENDANTS**

## AGREED ORDER TO REMAND

**THIS DAY THIS CAUSE** came on to be heard on the motion, *ore tenus,* of Plaintiffs and Defendants herein having agreed that the causes of action brought by Plaintiffs **Ann Ashbaugh, George Ashbaugh, Melba Box, George Britton, Lorna Britton, Jamee Clark, Neil Clark, Kevin Clark, Debra Clark, Lynton Cook, Elizabeth Cook, Camille Crawford, Mary Gallagher, Charles Gallagher, Daniel Gay, William Gay, Joyce Leonard, William Moore, Ruth St. Onge, Lloyd Watson, Robert T. Wilson, Ruth Wilson, Harold York, and Carol York** against United Services Automobile Association should be duly **Remanded to the Circuit Court of Harrison County**, Mississippi with the causes of action brought by Plaintiffs Mary Healey, Charles Healey, Lori Kisslinger, Mark Kisslinger, Suzanne McCollister and David McCollister against USAA CIC be severed from those Plaintiffs that are now Remanded pursuant to this Order.

**IT IS THEREFORE, ORDERED** that the action as to Plaintiffs Ann Ashbaugh, George Ashbaugh, Melba Box, George Britton, Lorna Britton, Jamee Clark, Neil Clark, Kevin Clark, Debra Clark, Lynton Cook, Elizabeth Cook, Camille Crawford, Mary Gallagher, Charles Gallagher, Daniel Gay, William Gay, Joyce Leonard, William Moore, Ruth St. Onge, Lloyd Watson, Robert T. Wilson, Ruth Wilson, Harold York, and Carol York against United Services Automobile Association is

**REMANDED** to the Circuit Court of Harrison County, Mississippi.

The Clerk of Court shall take the steps necessary to return the claims of the aforementioned Plaintiffs to the court from which it was removed.

**SO ORDERED** this the 29th day of January, 2008.

s/ L. T. Senter, Jr.<br>
L.T. SENTER, Jr.<br>
SENIOR JUDGE

APPROVED AND AGREED:

　/s David Neil McCarty (with permission)　
DAVID NEIL MCCARTY, MSB#101620
Attorney for Plaintiffs


　/s Ellen Robb　
CHARLES G. COPELAND, MSB #6516
W. SHAN THOMPSON, MSB#9445
DALE G. RUSSELL, MSB#10837
JANET G. ARNOLD, MSB#1626
ELLEN P. ROBB, MSB#100908
JAMES D. BOONE, MSB #102377
Attorneys for Defendants